1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: DAVID A. LEVY (SBN 77181)
2 | Hall of Justice and Records
400 County Center, 6th Floora
3 | Redwood City, CA  94063
Telephone: (650) 363-4756
4 | Facsimile:  (650) 363-4034
E-mail: dlevy@co.sanmateo.ca.us
5 |
6 | Attorneys for Defendants
COUNTY OF SAN MATEO and RON SALAZAR
7 | WAUKEEN Q. MCCOY
Law Offices Of Waukeen Q. McCoy
8 | 703 Market Street, Suite 1407
San Francisco, CA 94103
9 | Telephone: (415) 675-7705
Facsimile: (415) 675-2530
10 | E-mail: mccoylawsf@yahoo.com
Attorneys for Plaintiff
11 | STACEY MOODY
12 | JOHN A. SHUPE
Shupe & Finkelstein
13 | 177 Bovet Road, 6th Floor
San Mateo, CA 94402
14 | Telephone: (650) 341-3693
Facsimile: (650) 341-1395
15 | E-mail: jas@bovetprofessional.com
Attorneys for Defendant
16 | LAURANCE GAINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, LAURENCE GAINES, RON SALAZAR and DOES 1-10, individually, et al.,<br><br>    Defendant. | Case No. C 08-1864 JL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

The parties, having just recently entered appearances in this matter, stipulate to continue the Case Management Conference, previously set for July 16, 2008, hereby stipulate that the Case Management

**Case No. C 08-1864 JL**
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON

Conference shall be continued to August 27, 2008, at 10:30 a.m., in Courtroom F, 15th Floor, in the above-entitled court. It is further stipulated that the parties will meet and confer on or before August 6, 2008 pursuant to FRCP 26(f), and will file the required Joint Case Management Conference Statement on or before August 13, 2008.

IT IS SO STIPULATED.

Dated: July 8, 2008                                      MICHAEL P. MURPHY, COUNTY COUNSEL


By: _____/s/_____
         David A. Levy, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO and RON SALAZAR

Dated: July ---, 2008                                    LAW OFFICES OF WAUKEEN Q. McCOY


By: _____/s/_____
         Waukeen Q. McCoy
Attorney For Plaintiff
STACEY MOODY

Dated: July ---, 2008                                    SHUPE & FINKELSTEIN


By: _____/s/_____
Attorney for Defendant
LAURANCE GAINES

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Case Management Conference in this matter is continued to August 27, 2008 at 10:30 a.m., in Courtroom F, 15th Floor, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.


Dated:                                      _____
                                            JAMES LARSON
                                            UNITED STATES MAGISTRATE JUDGE

**Case No. C 08-1864 JL**                    2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON