1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: DAVID A. LEVY (SBN 77181)
2  Hall of Justice and Records
   400 County Center, 6th Floora
3  Redwood City, CA  94063
   Telephone: (650) 363-4756
4  Facsimile:  (650) 363-4034
   E-mail: dlevy@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO and RON SALAZAR

7  WAUKEEN Q. MCCOY
   Law Offices Of Waukeen Q. McCoy
8  703 Market Street, Suite 1407
   San Francisco, CA 94103
9  Telephone: (415) 675-7705
   Facsimile: (415) 675-2530
10 E-mail: mccoylawsf@yahoo.com
   Attorneys for Plaintiff
11 STACEY MOODY

12 JOHN A. SHUPE
   Shupe & Finkelstein
13 177 Bovet Road, 6th Floor
   San Mateo, CA 94402
14 Telephone: (650) 341-3693
   Facsimile: (650) 341-1395
15 E-mail: jas@bovetprofessional.com
   Attorneys for Defendant
16 LAURANCE GAINES

17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20

21 STACEY MOODY, an individual,                | Case No. C 08-1864 JL

22         Plaintiff,                          | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**

23   vs.

24 COUNTY OF SAN MATEO, LAURENCE GAINES,
   RON SALAZAR and DOES 1-10, individually, et al.,

25         Defendant.

26

27    The parties, having just recently entered appearances in this matter, stipulate to continue the Case

28 Management Conference, previously set for July 16, 2008, hereby stipulate that the Case Management

**Case No. C 08-1864 JL**
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON

1  Conference shall be continued to August 27, 2008, at 10:30 a.m., in Courtroom F, 15th Floor, in the
2  above-entitled court.  It is further stipulated that the parties will meet and confer on or before August 6,
3  2008 pursuant to FRCP 26(f), and will file the required Joint Case Management Conference Statement on
4  or before August 13, 2008.

IT IS SO STIPULATED.

Dated:  July 8, 2008                                MICHAEL P. MURPHY, COUNTY COUNSEL


By:  _____/s/_____
         David A. Levy, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO and RON SALAZAR

Dated:  July ---, 2008                              LAW OFFICES OF WAUKEEN Q. McCOY


By:  _____/s/_____
         Waukeen Q. McCoy
Attorney For Plaintiff
STACEY MOODY

Dated: July ---, 2008                               SHUPE & FINKELSTEIN


By:  _____/s/_____
Attorney for Defendant
LAURANCE GAINES


**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Case Management Conference in this matter is continued to August 27, 2008 at 10:30 a.m., in Courtroom F, 15th Floor, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.


Dated: July 11, 2008
_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

**Case No. C 08-1864 JL**                            2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON