## CIVIL MINUTES

**Chief Magistrate Judge James Larson**      FTR 10:55-10:59 ( 04 min)
Date: **August 27 , 2008**

Case No: **C08-1864  JL**

Case Name: **Stacey Moody v. County of San Mateo, et al**

Plaintiff  Attorney(s):Not present
Defendant Attorney(s):John Shupe for L. Gaines; David Levy for San Mateo & Salazar
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                      **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference -not  held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:** 10-22-08 @ 10:30 a.m. for  CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ]  Court


Notes: Court to issue OSC on pltf's failure to appear.




cc: Venice, Kathleen,