1
2
3
4                IN THE UNITED STATES DISTRICT COURT
5           FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    _Stacey Mooday_
                                    )
8              Plaintiff(s),        )    No.: C- 08 - 1864    JL
                                    )
9         v.                        )    CONSENT TO PROCEED BEFORE A
     _County of San Mateo, et al_   )    UNITED STATES MAGISTRATE JUDGE
10                                  )
11             Defendant(s).        )
     _____)
12
13   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
14
15        In accordance with the provisions of Title 28, U.S.C.
16   Section 636(c), party[ies] to the above-captioned civil matter
17   hereby voluntarily waive their rights to proceed before a Judge
18   of the United States District Court and consent to have a United
19   States Magistrate Judge conduct any and all further proceedings
20   in the case, including trial, and the entry of a final judgment.
21   Appeal from the judgment shall be taken directly to the United
22   States Court of Appeals for the Ninth Circuit.
23
24   _____    _____
25   Attorney for Plaintiff         Attorney for Defendant

26   Dated: __8/27/08__
27
28