**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY, | No. C 08-1864 JL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

TO PLAINTIFF AND COUNSEL OF RECORD: You are hereby ordered to appear before this Court on October 29, 2008 at 10:30 a.m. to show cause why your complaint should not be dismissed for failure to prosecute. At the case management conference on August 27, where Plaintiff's counsel failed to appear, the Court set the OSC and case management conference for October 22, but the Court will be unavailable that day.

IT IS SO ORDERED.

DATED: August 28, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-1864\OSC.wpd    1