**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   STACEY MOODY,                          No. C-08-1864 MMC

12              Plaintiff,                   **ORDER TO SHOW CAUSE**

13      v.

14   COUNTY OF SAN MATEO, et al.,

15              Defendants

16   _____/

17

18          The above-titled matter was reassigned to the undersigned on October 14, 2008, in

19   light of plaintiff's having declined to consent to having Magistrate Judge James Larson hear

20   the matter.

21          Prior to the reassignment, plaintiff had failed to comply with Magistrate Judge James

22   Larson's April 8, 2008 order to participate in the filing of a Joint Case Management

23   Statement and, further, failed to attend the Case Management Conference scheduled for

24   August 27, 2008.  In light of such failures, Magistrate Judge Larson, by order filed August

25   28, 2008, ordered plaintiff to show cause, at a hearing to be conducted October 29, 2008,

26   why her complaint should not be dismissed for failure to prosecute.

27          The reassignment of the case to the undersigned does not serve to excuse the

28   above-described failures nor does it otherwise relieve plaintiff of the obligation to show

1   cause.

2       Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later

3   than October 29, 2008, why the instant matter should not be dismissed, or other sanctions

4   imposed, for failure to prosecute and for failure to obey court orders.  See Fed. R. Civ. P.

5   41(b).  Defendants, no later than November 5, 2008, may file a reply to plaintiff's showing.

6   As of November 5, 2008, the Court will take the matter under submission, unless the

7   parties are otherwise informed.

8       **IT IS SO ORDERED.**

9

10  Dated:  October 15, 2008

MAXINE M. CHESNEY
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2