IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants<br>_____/ | No. C-08-1864 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING DECEMBER 12, 2008 CASE MANAGEMENT CONFERENCE** |

      Before the Court is plaintiff's response to the Court's October 15, 2008 Order to Show Cause, directing plaintiff to show cause why the instant action should not be dismissed or other sanctions imposed in light of plaintiff's failure to comply with Magistrate Judge James Larson's April 8, 2008 order to participate in the filing of a Joint Case Management Statement and failure to attend the Case Management Conference scheduled for August 27, 2008.[1]  Also before the Court is defendants' reply thereto.

_____

[1] Plaintiff did not provide the Court with a chambers copy of her response to the order to show cause.  For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically.  The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically.  The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

The Court having read and considered plaintiff's explanation for the above-referenced failures to comply, and in light of defendants' statement that they do not seek an award of monetary sanctions, the Order to Show Cause is hereby DISCHARGED.

The parties are hereby ORDERED to appear for a Case Management Conference on December 12, 2008, at 10:30 a.m.  The parties are further ORDERED to file a Joint Case Management Statement no later than December 3, 2008.

**IT IS SO ORDERED.**

Dated:  November 3, 2008

MAXINE M. CHESNEY
United States District Judge