IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants / | No. C-08-1864 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE STIPULATION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS** |

Pursuant to Civil Local Rule 72-1, the parties' "Stipulation for Order Compelling Production of Documents Subject to Protective Order," filed March 17, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: March 19, 2009

MAXINE M. CHESNEY
United States District Judge