IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY, | No. C 08-01864 MMC (WDB) |
| Plaintiff, | **ORDER FOLLOWING *IN CAMERA* REVIEW** |
| v. | |
| SAN MATEO COUNTY, et al., | |
| Defendants. | |

Having considered the written submissions by Defendant County of San Mateo and Defendant Laurance Gaines, the Court has completed its review of the documents submitted for *in camera* review. The Court ORDERS that the documents with the following Bates-stamped numbers be promptly disclosed, subject to the stipulated protective order, and designated "CONFIDENTIAL," not "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY:"

      CSM 57-60

      CSM 65-74

      CSM 77-78

      CSM 99

      CSM 169-170

      CSM 176

      CSM 178-228

      SMC 229-252 (these documents were stamped with the "SMC" prefix, rather than "CSM")

| | |
|---|---|
| 1 | CSM 3001 |
| 2 | CSM 3020 |
| 3 | CSM 3026 |
| 4 | CSM 3030 |
| 5 | CSM 3039-3050 |
| 6 | CSM 3077-3082 |
| 7 | CSM 3084 |
| 8 | CSM 3086-3097 |
| 9 | CSM 3100-3122 |
| 10 | CSM 3460 |
| 11 | CSM 3470-3504 |
| 12 | CSM 3505-3630 |
| 13 | CSM 3631-3844 |
| 14 | CSM 3845-3961 |
| 15 | CSM 7001-7335 |

Counsel for Defendant County of San Mateo may call the Court's clerk at (510) 637-3324 to arrange for the documents to be returned.

**IT IS SO ORDERED.**

Dated: April 30, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2