WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
The Central Tower
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone:    (415) 675-7705
Facsimile:    (415) 675-2530

Attorney for Plaintiff
STACEY MOODY

UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY, an individual;<br><br>      Plaintiff,<br><br>   vs.<br><br>COUNTY OF SAN MATEO, LAURENCE GAINES, RON SALAZAR and DOES 1-10, individually, et al.;<br><br>      Defendants. | Case No. C 08-1864 MMC<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DESIGNATION OF EXPERTS**<br><br>**The Honorable Maxine Chesney** |

    Plaintiff and Defendants hereby stipulate, through their counsel of record, that an extension of time is required for the designation of experts. Therefore, Plaintiff and Defendants hereby stipulate to continue the deadline for designation of experts from July 2, 2009 to July 16, 2009. Per Judge Chesney's pretrial order, all other pretrial deadlines remain in effect.

1  SO STIPULATED

3  Dated: June 23, 2009

5                          BY:    /s/ David A. Levy_____
                                  DAVID A. LEVY
6                                 Attorney for Defendants
                                  COUNTY OF SAN MATEO and RON SALAZAR

9
10 Dated: June 23, 2009

11                         BY:    /s/ John A. Shupe_____
                                  JOHN A. SHUPE
12                                Attorney for Defendant
13                                LAURENCE GAINES

18 Dated: June 23, 2009

20                         BY:    /s/ Waukeen Q. McCoy_____
                                  WAUKEEN Q. McCOY
21                                Attorney for Plaintiff,
                                  STACEY MOODY

---
**2**
**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DESIGNATION OF EXPERTS**

**ORDER**

Based on the stipulation by the PARTIES,

IT IS SO ORDERED

The deadline on designation of experts is hereby rescheduled for July 16, 2009. All other pretrial deadlines remain in effect.

_____
Honorable Maxine Chesney

Dated: June 25, 2009