1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: DAVID A. LEVY (SBN 77181)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4756
4  Facsimile:  (650) 363-4034
   E-mail: dlevy@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO and RON SALAZAR

7  WAUKEEN Q. MCCOY
   Law Offices Of Waukeen Q. McCoy
8  703 Market Street, Suite 1407
   San Francisco, CA 94103
9  Telephone: (415) 675-7705
   Facsimile: (415) 675-2530
10 E-mail: mccoylawsf@yahoo.com
   Attorneys for Plaintiff
11 STACEY MOODY

12 JOHN A. SHUPE
   Shupe & Finkelstein
13 177 Bovet Road, 6th Floor
   San Mateo, CA 94402
14 Telephone: (650) 341-3693
   Facsimile: (650) 341-1395
15 E-mail: jas@bovetprofessional.com
   Attorneys for Defendant
16 LAURANCE GAINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACEY MOODY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, LAURENCE GAINES, RON SALAZAR and DOES 1-10, individually, et al.,<br><br>Defendant. | Case No. C 08-1864 MMC<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON** |
|---|---|

The parties, having just recently received notice of a Settlement Conference to be conduct by Magistrate Judge Bernard Zimmerman on October 23, 2009, and David A. Levy, attorney for defendants

**Case No. C 08-1864 MMC**
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON

1  COUNTY OF SAN MATEO and RON SALAZAR will be out of the state of California on that date and
2  John A. Shupe, attorney for defendant LAURANCE GAINES will be out of town that date, and the
3  parties having proffered a number of alternative dates to Magistrate Judge Zimmerman, who is available
4  on November 24, 2009 at 9:00 a.m. for the Settlement Conference, the parties stipulate that the
5  Settlement Conference shall be continued to November 24, 2009, at 9:00 a.m., in Courtroom G, 15th
6  Floor, in the above-entitled court.  All the deadlines set out in the prior Order Scheduling Settlement
   Conference shall remain in effect, and will be based on the new Settlement Conference Date.

IT IS SO STIPULATED.

Dated:  October 15, 2009                MICHAEL P. MURPHY, COUNTY COUNSEL


By: _____/s/_____
        David A. Levy, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO and RON SALAZAR

Dated:  October 15, 2009                LAW OFFICES OF WAUKEEN Q. McCOY


By: _____/s/_____
        Waukeen Q. McCoy

Attorney For Plaintiff
STACEY MOODY

Dated:  October 15, 2009                SHUPE & FINKELSTEIN


By: _____/s/_____
John A. Shupe

Attorney for Defendant LAURANCE GAINES


**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Settlement Conference in this matter is continued to

**Case No. C 08-1864 MMC**                2
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON

1  November 24, 2009 at 9:00 a.m., in Courtroom G, 15th Floor, of the United States Courthouse, 450
2  Golden Gate Avenue, San Francisco, California.   Prior deadlines remain in effect and shall be based on
3  the continued Settlement Conference date.

7  Dated:  October 19, 2009

    _____
    BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE