IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY,<br><br>  Plaintiff,<br>  v.<br><br>COUNTY OF SAN MATEO, LAURENCE GAINES, RON SALAZAR,<br><br>  Defendants | No. C-08-1864 MMC<br><br>**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANT COUNTY OF SAN MATEO'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By order filed October 13, 2009, the Court granted in part and deferred in part ruling on defendant County of San Mateo's ("County") "Administrative Motion to File Motion for Summary Adjudication of Claims and Issues and Briefs, Declarations and Exhibits In Support Thereof, Under Seal," filed October 2, 2009. In particular, the Court granted the County leave to file under seal Exhibits O, Q, and R to the Declaration of David A. Levy and its motion for summary adjudication to the extent the motion discloses the contents of Exhibits O, Q, and R; the Court deferred ruling on the County's request to file additional material under seal pending submission of a supplemental memorandum by the County.

On October 26, 2009, the County filed in the public record its motion for summary adjudication and all supporting declarations, with the exception of the material the Court previously found was properly filed under seal.

Accordingly, the deferred portion of the motion to seal is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 3, 2009

MAXINE M. CHESNEY
United States District Judge