IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY MOODY,<br><br>   Plaintiff<br><br>   v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>   Defendants | No. 08-1864 MMC<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By order filed October 22, 2009, the Court deferred ruling on plaintiff's "Administrative Motion to File Oppositions to Motions for Summary Adjudication of Claims and Issues and Briefs, Declarations and Exhibits In Support Thereof, Temporarily Under Seal," to afford defendants an opportunity to file a response thereto. No defendant subsequently filed a response to plaintiff's administrative motion. Having read and considered the papers in support of the administrative motion, the Court rules as follows.

Plaintiff seeks leave to file under seal the entirety of her oppositions to defendants' motions for summary adjudication, as well as each declaration offered in support of her oppositions, on the ground that one or more of the defendants may designate some portion of her filings as confidential.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion

for a sealing order.  See Civil L.R. 79-5(d).  "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality."  Id.  "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record."  Id.

Here, no defendant has filed a responsive declaration within the requisite time.

Accordingly, plaintiff's administrative motion is hereby DENIED.

The Clerk is hereby DIRECTED to file in the public record plaintiff's oppositions to defendants' motions for summary adjudication, as well as the declarations filed in support of plaintiff's oppositions.

**IT IS SO ORDERED.**

Dated:  November 4, 2009

_____
MAXINE M. CHESNEY
United States District Judge