1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  STACEY MOODY,                              No. C-08-1864 MMC

12              Plaintiff,                      **ORDER AFFORDING PLAINTIFF LEAVE
                                                TO FILE SURREPLY; VACATING
13       v.                                     NOVEMBER 6, 2009 HEARING**

14  COUNTY OF SAN MATEO, LAURENCE
    GAINES, RON SALAZAR,
15
              Defendants
16  _____/

17

18       Before the Court is defendants County of San Mateo and Ron Salazar's (collectively,

19  "County") "Motion for Summary Adjudication of Claims and Issues," filed October 2, 2009.

20  Plaintiff Stacey Moody ("Moody") has filed opposition, to which the County has replied.

21  Having read and considered the papers filed in support of and in opposition to the motion,

22  the Court rules as follows.

23       Because the County raises arguments in its reply to which Moody has not had an

24  opportunity to respond, the Court deems it appropriate to afford Moody such opportunity.

25       Accordingly, the November 6, 2009 hearing on the County's motion is hereby

26  VACATED.  If Moody wishes to file a surreply, her surreply shall not exceed fifteen pages in

27  length, exclusive of declarations/exhibits, and shall be filed no later than November 16,

28  2009.  Any such surreply shall be limited to a response to the County's arguments with

1   respect to Moody's federal claims that she was (a) denied promotions/transfers,

2   (b) retaliated against by Lt. Gilbert Rodriguez ("Lt. Rodriguez"), and (c) sexually harassed

3   by Lt. Rodriguez and Bob Wilder, and with respect to Moody's state law claim for negligent

4   hiring/training of Lt. Rodriquez.

5         Unless otherwise ordered, the matter will stand submitted as of November 16, 2009

6   or the date of the Court's receipt of Moody's surreply, whichever is earlier.

7         **IT IS SO ORDERED.**

8

9   Dated:  November 4, 2009                     _____
                                               MAXINE M. CHESNEY
10                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2