

| | | |
|---|---|---|
| **COUNTY COUNSEL**<br>MICHAEL P. MURPHY<br><br>**CHIEF DEPUTIES**<br>JOHN C. BEIERS<br>DEBORAH PENNY BENNETT<br>BRENDA B. CARLSON | **COUNTY COUNSEL**<br>COUNTY OF SAN MATEO<br>HALL OF JUSTICE AND RECORDS · 6TH FLOOR<br>400 COUNTY CENTER · REDWOOD CITY, CA 94063-1662<br>TELEPHONE: (650) 363-4250 · FACSIMILE: (650) 363-4034<br><br>PLEASE REPLY TO (650) 363-4756 | **DEPUTIES**<br>KATHRYN E. ALBERTI<br>REBECCA M. ARCHER<br>AIMEE B. ARMSBY<br>CLAIRE A. CUNNINGHAM<br>PETER K. FINCK<br>TIMOTHY J. FOX<br>PORTOR GOLTZ<br>JUDITH A. HOLIBER<br>DAVID A. LEVY<br>GLENN M. LEVY<br>KIMBERLY A. MARLOW<br>JOHN D. NIBBELIN<br>PAUL A. OKADA<br>DAVID A. SILBERMAN<br>WILLIAM E. SMITH<br>V. RAYMOND SWOPE III<br>LEE A. THOMPSON<br>EUGENE WHITLOCK<br>BRIAN J. WONG<br>CAROL L. WOODWARD |

November 18, 2009

Hon. Maxine M. Chesney
450 Golden Gate Ave.
Courtroom 7, 19th Floor
San Francisco, CA 94102

    Re:    *Moody v. County of San Mateo, et al.*
           Case No. C-08-1864 MMC

Dear Judge Chesney:

We have received Plaintiff Stacey Moody's Surreply, filed in this matter on November 16, 2009. In addition to addressing issues set forth in the November 5, 2009 Order, the Surreply also argues that the Court must strike evidence set forth in the County of San Mateo's reply papers, filed on October 23, 2009. The County of San Mateo respectfully requests an opportunity to submit an opposition to this *de facto* motion to strike. This response would be in the form of a brief no more than two pages in length and would be filed within 24 hours of receiving permission from the Court to submit it.

                Very truly yours,

                MICHAEL P. MURPHY, COUNTY COUNSEL

                By: _____/s/_____
                        DAVID A. LEVY, DEPUTY

MPM:DAL/sc

  cc:  Waukeen Q. McCoy
         John A. Shupe

Dated: November 18, 2009



IT IS SO ORDERED
/s/ Maxine M. Chesney
Judge Maxine M. Chesney