IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STACEY MOODY,

        Plaintiff,

  v.

COUNTY OF SAN MATEO, LAURENCE GAINES, RON SALAZAR,

        Defendants.

No. CV-08-1864 MMC

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. To the extent County Defendants' motion seeks judgment on Moody's federal claims, the motion is hereby GRANTED.

    2. To the extent County Defendants' motion seeks judgment on Moody's state law claims, the motion is hereby DENIED without prejudice and Moody's state law claims are hereby DISMISSED without prejudice to Moody's refiling them in state court.

Dated: December 22, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk